**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

      Delores B Lee

         Debtor(s)

Case No. 14 B 03156

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/31/2014.

2) The plan was confirmed on 04/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/14/2015, 12/14/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/04/2016.

5) The case was Dismissed on 02/01/2017.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,574.50 |
| Less amount refunded to debtor | $497.55 |
| **NET RECEIPTS:** | **$10,076.95** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,843.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $390.56 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,233.56** |

Attorney fees paid and disclosed by debtor:      $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aaron Sales & Lease Ow | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ACC Consumer Finance | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 154.00 | 1,234.38 | 1,234.38 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,030.00 | 582.41 | 582.41 | 0.00 | 0.00 |
| American Web loan | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 487.00 | 487.36 | 487.36 | 0.00 | 0.00 |
| Americash | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AmeriLoan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Ars | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 1.00 | 2,069.68 | 2,069.68 | 0.00 | 0.00 |
| Bright Star Cash | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| Bronson & Migliaccio, LLP | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Cash Loans Today | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| Cbe Group | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | NA | 405.43 | 405.43 | 0.00 | 0.00 |
| Check N Go | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 600.00 | 229.67 | 229.67 | 0.00 | 0.00 |
| CKM Recovery | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 1,141.00 | NA | NA | 0.00 | 0.00 |
| Community Health Care System | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 350.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Cover me cash | Unsecured | 200.00 | 630.00 | 630.00 | 0.00 | 0.00 |
| Credit Discount & Audit Co. | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants | Unsecured | 989.00 | NA | NA | 0.00 | 0.00 |
| Enterprise | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Gecrb/Cc1d | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Geico | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| Get It Now LLC | Unsecured | 0.00 | 2,134.23 | 2,134.23 | 0.00 | 0.00 |
| Gibson & Sharps | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Hammond Water Works | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | NA | 284.98 | 284.98 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Martins Adeoye | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Michale Diggs. | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnositc Pathology | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Munster Radiology Group | Unsecured | 28.00 | 28.20 | 28.20 | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| Orland Park Orthopedics | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Patient bill process | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| Payment Direct | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 4,400.00 | 20,102.28 | 8,725.00 | 4,731.44 | 1,111.95 |
| Portfolio Recovery Associates | Unsecured | NA | 0.00 | 11,377.28 | 0.00 | 0.00 |
| Quik Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| QXLonline | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Round2 Recvr | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| Shahbain Internal Medicine | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 0.00 | 39.10 | 39.10 | 0.00 | 0.00 |
| Sun Cash | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| the law office of robert Sorge | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| The Mcgrath Clinic | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| The Payday Loan Store | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Title Lenders dba USA Payday Loan | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Uhaul Moving & Storage of Waukegan | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Univ retina | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 9,728.00 | 9,728.48 | 9,728.48 | 0.00 | 0.00 |
| USA cash | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| USA Loans #9127 | Unsecured | 200.00 | 1,114.83 | 1,114.83 | 0.00 | 0.00 |
| USA Webcash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,258.00 | NA | NA | 0.00 | 0.00 |
| White Hills | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,725.00 | $4,731.44 | $1,111.95 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,725.00** | **$4,731.44** | **$1,111.95** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $284.98 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$284.98** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$30,411.05** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,233.56 |
| Disbursements to Creditors | $5,843.39 |
| | |
| **TOTAL DISBURSEMENTS** : | **$10,076.95** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/23/2017                    By: /s/ Marilyn O. Marshall

                                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**